■ JOYCE L. HARDY, Plaintiff, v ROBERT HARDY, Defendant. AVI J. KASTEN, Nonparty-Appellant. [721 NYS2d 835] —In a mat-

rimonial action, Avi J. Kasten appeals from an order of the Supreme Court, Nassau County (Parga, J.), entered May 4, 2000, which, *sua sponte*, directed him to pay a sanction of $500 to the Lawyers' Fund for Client Protection pursuant to 22 NYCRR 130-2.1.

Ordered that on the Court's own motion, the appellant's notice of appeal is treated as an application for leave to appeal, and leave to appeal is granted (*see,* CPLR 5701 [c]); and it is further,

Ordered that the order is modified, as a matter of discretion, by reducing the amount of the sanction from $500 to $150; as so modified, the order is affirmed, without costs or disbursements.

The Supreme Court providently exercised its discretion in imposing a sanction upon Avi J. Kasten, attorney for the plaintiff, upon his failure to appear for a scheduled trial, to arrange for substitute counsel to appear, or to advise the court and his adversary of his difficulty in arranging substitute counsel (*see, Matter of Gurwitch,* 256 AD2d 180; 22 NYCRR 130-2.1 [b]). However, the sanction is excessive to the extent indicated. Ritter, J. P., Santucci, S. Miller and Smith, JJ., concur.